UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **COSHA HAYES** | **CIVIL ACTION** |
| **VERSUS** | |
| **UPSTATE MANAGEMENT SERVICES LLC, ET AL.** | **NO.: 13-00163-BAJ-RLB** |

### SIXTY-DAY ORDER OF DISMISSAL

On July 22, 2013, the undersigned received a facsimile from counsel for Plaintiff advising the Court that the parties have reached a settlement agreement, and requesting a sixty-day order of dismissal. A copy of the facsimile is attached to this order.

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, without prejudice to the right, within sixty days, to re-open the matter if settlement is not consummated.

Baton Rouge, Louisiana, this 19th day of August, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**



Kenneth D. McLean

P. O. Box 38161
Germantown, TN 39183-0161
Telephone: (901) 326-6888
Facsimile: (901) 531-8102
Kenneth@themcleanlawfirm.com

*Licensed in Tenn, La., & Miss.

July 22, 2013

**Sent via facsimile (225) 389-3693**

Honorable Brian A. Jackson
Chief Judge – Middle District of Louisiana

**Sent via facsimile (225) 389-3603**

Honorable Richard L. Bourgeois, Jr.
Magistrate Judge – Middle District of Louisiana

      RE:    <u>Cosha Hayes v. Upstate Management Services, LLC, et al.</u>, In the United States District Court for the Middle District of Louisiana, No. 3:13-cv-163-BAJ-RLB

Dear Judge Jackson and Judge Bourgeois:

    I am writing to advise you that the parties have been able to settle the above-referenced case. Therefore, the parties will not require a Scheduling Conference (originally set for July 25, 2013) and ask that a 60-day dismissal order be entered.

    If you should have any questions or concerns regarding this matter, please feel free to have a member of your staff contact me.

                                      Sincerely,

                                      THE MCLEAN LAW FIRM, LLC

                                      Kenneth D. McLean