UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| COSHA HAYES | CIVIL ACTION |
| VERSUS | |
| UPSTATE MANAGEMENT SERVICES LLC, ET AL. | NO.: 13-00163-BAJ-RLB |

### FINAL ORDER OF DISMISSAL

Considering Plaintiff Cosha Hayes' **Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc. 7)**;

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 3rd day of October, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA